FRANKLIN FACTORS CORPORATION, Respondent, Appellant, *v.* LOUIS H. GREEN FURS, INC., Appellant, Respondent.

Supreme Court, Appellate Term, First Department, January 13, 1939.

*Nachamie & Benjamin* [*H. Stuart Klopper* of counsel], for the appellant, respondent.

*Samuel Gutterman,* for the respondent, appellant.

PER CURIAM. The motion to punish for contempt should have been denied without leave to renew, since the filing of a petition for reorganization under section 77B of the Bankruptcy Act (U. S. Code, tit. 11, § 207) could not be stayed by a State court and did not constitute a contempt of court. (*Matter of Kepecs,* 123 N. Y. Supp. 872.)

Order modified by striking out permission to renew, and, as modified, affirmed, with ten dollars costs to defendant, appellant, respondent.

All concur. Present — HAMMER, FRANKENTHALER and NOONAN, JJ.